FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

2011 FEB -3  PM 2: 11

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

**JUAN MENDOZA,**

               **Plaintiff,**

**-vs-**

                                           **Case No. A-10-CA-798-SS**

**KASWISH KREATIONS, LLC and BHARAT**
**MEHTA,**

               **Defendants.**

_____

## O R D E R

        BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and noting the Complaint remains pending before the Court without proof of service of process upon or response by defendants, and further noting that service of the complaint and summons shall be made upon a defendant within 120 days after the filing of the complaint (Fed. R. Civ. P. 4(m)), the Court enters the following order:

        IT IS ORDERED that plaintiff shall file proof of service with the Clerk of this Court on or before **February 18, 2011**.  Failure to so respond will result in the dismissal of the entire cause for failure of plaintiff to prosecute or to comply, pursuant to Fed. R. Civ. P. 41(b).

SIGNED this the _3_ day of February 2011.

_____
UNITED STATES DISTRICT JUDGE