ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| JUAN MENDOZA, <br><br> *Plaintiff* <br><br> v. <br><br> KASWISH KREATIONS, LLC. <br> and BHARAT MEHTA, <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. **1:10-cv-798** SS <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kaswish Kreations, LLC.
Registered Agent, Krisha Mehta
6905 Moss Rose Cove
Austin, Texas 78750

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles L. Scalise, ROSS LAW GROUP, 1104 San Antonio Street, Austin, Texas 78701; Telephone: (512) 474-7677

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William G. Putnicki

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Date: October 25, 2010

DRLS
516 West Annie St.
Austin, Texas 78704
3578-1

| | | |
|---|---|---|
| STATE OF TEXAS | § | RETURN |
| | § | Case No.   1:10:cv-798 SS |
| COUNTY OF TRAVIS | § | |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to this case. I am personally acquainted with the facts stated herein and they are true and correct. I am authorized to deliver civil court process from all state courts by Texas Supreme Court Certification No. SCH1660."

"On October 29, 2010, I received Summons, with Original Complaint and Demand for Jury Trial, and Civil Cover Sheet attached, for service on Kaswish Kreations, LLC, Defendant."

"Service of the Summons, with Original Complaint and Demand for Jury Trial, and Civil Cover Sheet attached, for service on Kaswish Kreations, LLC, Defendant, was made by me, a private process server, on the 4th day of November, 2010, at 3:22 o'clock p.m., by delivering in person to its corporate officer, Bharat Mehta at 10515 North Mopac, Austin, Texas (agreed meeting place.)"

"I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name:  Tod E. Pendergrass

Service Fee $  61.—

Signature of non-party adult
DRLS, 516 W. Annie Street, Austin, Texas 78704

Before me, a notary public, on this day personally appeared the above named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on the 5th, day of November, 2010.

Star Salazar
Notary Public
State of Texas
My Commission Expires
April 27, 2011

Notary Public Signature

Re:  Ross/3578-1