UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUAN MENDOZA<br>    Plaintiff | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL NO. A-10-CV-798-SS |
| KASWISH KREATIONS, LLC.<br>and BHARAT MEHTA | §<br>§<br>§<br>§ | |
| Defendant | § | |

### CLERK'S ENTRY OF DEFAULT

IT APPEARING from the records of the above-entitled action that service of the civil complaint has been made upon the defendant BHARAT MEHTA, and it further appearing from the Plaintiff's motion that said Defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff(s)' request, this 25th day of February, 2011 DEFAULT is hereby entered against BHARAT MEHTA.

WILLIAM G. PUTNICKI, CLERK

By: _____
Deputy Clerk