IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 MAY 24  PM 2: 5
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEX
BY_____
DEPUTY

JUAN MENDOZA,

    Plaintiff,

v.

    Case No.: 1:10-cv-00798-SS

KASWISH KREATIONS, LLC.
and BHARAT MEHTA,

    Defendants.
_____/

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **June 15, 2011**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **July 15, 2011**, and each opposing party shall respond, in writing, by **August 1, 2011**. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial.

3. The parties shall file all amended or supplemental pleadings and shall join additional parties by **September 15, 2011**.

4. All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and a list of proposed exhibits, and shall serve on all parties, but not file, a

summary of testimony of any witness who will present any opinion in trial in an expert report by **October 15, 2011**. Any opinion or testimony not contained in the summary will not be permitted at trial. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and a list of proposed exhibits, and shall serve on all parties, but not file, a summary of testimony of any witness who will present any opinion in trial in an expert report by **November 15, 2011**. Any opinion or testimony not contained in the summary will not be permitted at trial. All designations of rebuttal experts shall be filed within **fifteen (15) days** of receipt of the report of the opposing expert. The Fed. R. Civ. P. 26 standard is not applicable to this paragraph; it does not make any difference whether or not the expert witness is a "retained expert," as any opinion or testimony of any expert not contained in the summary will not be permitted at trial.

    5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **eleven (11) days** of receipt of the written report of the expert's proposed testimony or within **eleven (11) days** of the expert's deposition, if a deposition is taken, whichever is later.

    6. The parties shall complete all discovery on or before **January 31, 2012**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

    7. All dispositive motions shall be filed no later than **February 28, 2012** and shall be limited to ten (10) pages. Responses shall be filed within eleven (11) days of the service of the motion and shall be limited to ten (10) pages. Any replies shall be filed within eleven (11) days

of the service of the response and shall be limited to five (5) pages, but the Court need not wait for the reply before ruling on the motion.

8. This case is set for docket call _March 30, 2012_, at 11:00 a.m. and trial in the month of _April 2012_. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.

SIGNED this the _24th_ day of _May_.

_____
HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Charles L. Scalise
Charles L. Scalise
State Bar No. 24052985
ROSS LAW GROUP
1104 San Antonio Street
Austin, Texas 78701
Telephone (512) 474-7677
Facsimile (512) 474-5306
Charles@rosslawpc.com
ATTORNEY FOR PLAINTIFF

/s/ Nathan G. Roach
Nathan G. Roach
State Bar No. 24052985
Prins Law Firm
4940 Broadway, Ste. 108
San Antonio, TX 78209
Telephone (210) 820-0833
Facsimile (210) 820-0929
nroach@prinslaw.com
ATTORNEY FOR DEFENDANTS