IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JUAN MENDOZA,

    Plaintiff,

v.                                                                       Case No.: 1:10-cv-00798-SS

KASWISH KREATIONS, LLC.
and BHARAT MEHTA,

    Defendants.
_____/

## PLAINTIFF'S POTENTIAL WITNESSES, TESTIFYING EXPERTS AND PROPOSED TRIAL EXHIBITS

    Pursuant to the Court's Scheduling Order, Plaintiff, Jesus Mani, hereby designates the following potential witnesses, potential expert witnesses, and proposed trial exhibits:

**Plaintiff's Potential Witnesses:**

1. Juan Mendoza, Plaintiff
   Knowledge of the facts and circumstances surrounding Plaintiff's claims against the Defendants.

2. Nicholas Nino
   (254) 733-9465 - Telephone
   Mr. Nino has knowledge of the hours worked and job duties preformed by Plaintiff.

3. Luis Alvarez
   (512) 563-0492 - Telephone
   Mr. Alvarez has knowledge of the hours worked and job duties preformed by Plaintiff.

4. Bharat Mehta, Defendant
   c/o Todd A. Prins
   Prins Law Firm

      4940 Broadway, Ste. 108
      San Antonio, TX 78209
      Mr. Mehta has knowledge of the hours worked and job duties preformed by Plaintiff.

5. Any witnesses listed by Defendant

6. Witnesses necessary for impeachment or rebuttal

**Potential Expert Witnesses:**

1. Charles L. Scalise
   Ross Law Group

**Plaintiff's Proposed Trial Exhibits:**

1. Plaintiff's pay stubs;

2. Plaintiff's time cards

3. All exhibits identified by Defendant;

4. All exhibits necessary for impeachment or rebuttal purposes;

As it is early in the discovery process, and a substantial portion of potential trial exhibits are in the possession of the Defendants and have not yet been produced, Plaintiff reserves the right to supplement this list of proposed trial exhibits and witnesses pursuant to the court's scheduling order and pursuant to the Federal Rules of Civil Procedure.

      Respectfully submitted,

      **ROSS LAW GROUP**
      1104 San Antonio Street
      Austin, Texas 78701
      (512) 474-7677 Telephone
      (512) 474-5306 Facsimile
      Charles@rosslawpc.com

      *s/ Charles L. Scalise*
      Charles L. Scalise
      ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 27th day of October, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification to the following:

Todd A. Prins
Prins Law Firm
4940 Broadway, Ste. 108
San Antonio, TX 78209

                  /s/ Charles L. Scalise
                  Charles L. Scalise